# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ARTHUR ALFORD, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:25-cv-02587-SHL-cgc |
| WARDEN C. HARRISON, | ) ) ) |
| Respondent. | ) |

**ORDER DIRECTING RESPONDENT TO RESPOND TO THE PETITION PURSUANT TO 28 U.S.C. § 2241 AND DIRECTING CLERK TO MAIL FORM**

On June 9, 2025, Petitioner Arthur Alford, an inmate at the Federal Correctional Institution in Memphis, Tennessee ("FCI Memphis"), Bureau of Prisons register number 29453-076, filed a *pro se* Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. (ECF No. 2.) Petitioner paid the case filing fee on July 9, 2025. (ECF No. 6.)

It is **ORDERED** that the Clerk shall serve a copy of the § 2241 Petition and this Order on Respondent by certified mail and shall provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee. Pursuant to Federal Rule of Civil Procedure 4(i), the Clerk shall also mail copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney Pam Bondi and William W. Lothrop, the Director of the Federal Bureau of Prisons.

It is **ORDERED** that the Clerk mail the Parties the form for Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (AO 85).

It is **ORDERED** that Respondent shall file a response to the § 2241 Petition within twenty-eight days. Alford may, if he chooses, submit a reply to Respondent's Answer or

response within twenty-eight days of service.  Alford may request an extension of time to reply if his motion is filed on or before the due date of his reply.  The Court will address the merits of the § 2241 Petition, or of any motion filed by Respondent, after the expiration of Alford's time to reply, as extended.

    **IT IS SO ORDERED,** this 11th day of July, 2025.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              CHIEF UNITED STATES DISTRICT JUDGE